AMENDED COMPLAINT

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

JUN 15 2023

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Jones
_____
District Judge
(Assigned by Clerk's Office)

Sargent
_____
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. __7:23-cv-00183__
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

**CIVIL RIGHTS ACT, 42 U.S.C. §1983 or <u>BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)</u>**

Robert McKinley Blankenship                             1484429
_____        _____
Plaintiff Name                                          Inmate No.
     v.

Harold Clark Dept. of Corrections
Defendant Name & Address P.O. Box 26936 Richmond, VA. 23219

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

_____
Defendant Name & Address

**IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"**

*******************************************************************************

**A. <u>Where are you now?</u>** Name **and** Address of Facility:

Keen Mt. Prison P.O. Box 860 Oakwood VA 24631

B. Where did this action take place?

Keen Mt. Prison, DOC Richmond

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

✓ Yes _____ No

If your answer to A is Yes, answer the following:

1. Court: 7:23 CV 00183

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

_____ Yes _____ No

1. If your answer is Yes, indicate the result:

requested names of individuals involved

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Prison officials banned the book Titled Indecent Liberties: A True Crime Modern Day Witch Hunt under false claims

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

The confiscation of 8 manila envelopes book manuscript

Claim 3
both slander and libel

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

The Court order Howard Clark, director to remove the book from the ban list as See Grounds

G. If this case goes to trial, do you request a trial by jury?   Yes_____   No _____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: 6-9-2023           SIGNATURE: _____

VERIFICATION:
I, Robert Mckinley Blankenship, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 6-9-2023           SIGNATURE: _____

Updated 9/9/22

Robert Blankenship

K.M.C.C.
P.O. Box 860
Oakwood, VA. 24631

U.S. Distri
210 Frankli
Ste. 540
Roanoke,




FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 24631
02 7H
0006026775   $ 001.74⁰
JUN 12 2023

† Court
Rd SW

J, 24011

OFFENDER CORRESPONDENCE - KMCC
THE VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED NOR INSPECTED THIS
ITEM THEREFORE THE DEPARTMENT DOES NOT
ASSUME RESPONSIBILITY FOR ITS CONTENTS.